UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ALVAREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MTC FINANCIAL INC., et al.,<br><br>        Defendants. | Case No. 3:16-cv-06428-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 51 |

On June 8, 2017, defendant moved for judgment on the pleadings regarding the surviving claims in plaintiff's first amended complaint. Dkt. No. 51. The hearing is set for July 19, 2017. Plaintiff has again failed to timely respond to the pending motion. She was previously ordered to respond to defendant's motion to dismiss her first amended complaint, *see* Dkt. No. 42. She has not attended any hearing in this matter, *see* Dkt. Nos. 23, 49. Ms. Alvarez is ORDERED to respond to defendant's motion by July 7, 2017; defendant's reply will be due July 11, 2017. I am not resetting the hearing.

If Ms. Alvarez fails to respond by July 7, 2017, defendant's motion will be granted.

**IT IS SO ORDERED.**

Dated: June 30, 2017

William H. Orrick
United States District Judge